An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY DARRISAW,
Petitioner,
vs.
ATTORNEY GENERAL,
Respondent.

No. 62969

FILED

MAY 1 4 2013


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of prohibition. Petitioner seeks an order from this court directing that his judgment of conviction be vacated and that he be released from prison. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.320; NRS 34.330. A challenge to the validity of a judgment of conviction should be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1]   NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

13-14215

cc: Jeffrey Darrisaw
Attorney General/Carson City
Eighth District Court Clerk